# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ms55, Inc. f/k/a/ | ) | Case No. 01-20494 ABC |
| MSHOW.COM, INC., | ) | |
| EIN: 84-1335961, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JEFFREY HILL, TRUSTEE, | ) | Adversary No. 04-1650 ABC |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| GIBSON DUNN & CRUTCHER, LLP, | ) | |
| a California registered Limited Liability | ) | |
| Partnership, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

_____Pursuant to F.R.B.P. 8002(a), plaintiff, Trustee, Jeffrey Hill, by his undersigned counsel, hereby gives his Notice of Appeal under 28 U.S.C. § 158(a) from Orders of the Bankruptcy Court entered December 4, 2009 (Findings of Fact, etc./Judgment) as well as Order of December 18, 2009 denying Trustee's Motion To Amend Findings and Judgment.

The names of all parties to the Orders/Judgment appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**PARTIES**

Plaintiff, Jeffrey Hill, Trustee

D. Bruce Coles, Esq.
3773 Cherry Creek N Dr Ste 620
Denver, CO 80209
(303) 355-2630

Gibson Dunn & Crutcher, LLP

Alexander Rothrock, Esq.
Burns Figa & Will, PC
6400 S. Fiddlers Green Cir Ste 100
Greenwood Village, CO 80111
Phone: (303) 796-2626
Fax: (303) 796-2777
E-Mail: arothrock@bfw-law.com

Gregory J. Kerwin, Esq.
GIBSON DUNN & CRUTCHER, LLP
1801 California St Ste 4200
Denver, CO 80202
Phone: (303) 796-2626
Fax: (303) 313-2829
E-Mail: gkerwin@gibsondunn.com

Dated: January 7, 2010

D. Bruce Coles
D. Bruce Coles, #7776
3773 Cherry Creek N. Dr., Suite 620
Denver, Colorado 80209
Phone (303) 355-2630
Fax (303) 355-2773
On behalf of Plaintiff/Appellant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **NOTICE OF APPEAL** was filed this 7[h] day of January, 2010, as follows:

Alexander Rothrock, Esq.
Burns Figa & Will, PC
6400 S. Fiddlers Green Cir Ste 100
Greenwood Village, CO 80111
Phone: (303) 796-2626
Fax: (303) 796-2777
E-Mail: arothrock@bfw-law.com

Gregory J. Kerwin, Esq.
GIBSON DUNN & CRUTCHER, LLP
1801 California St Ste 4200
Denver, CO 80202
Phone: (303) 796-2626
Fax: (303) 313-2829
E-Mail: gkerwin@gibsondunn.com

s/ Deborah J. Wyss