## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| ms55, Inc. f/k/a/ ) | Case No. 01-20494 ABC |
| MSHOW.COM, INC., ) | |
| EIN: 84-1335961, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| JEFFREY HILL, TRUSTEE, ) | Adversary No. 04-1650 ABC |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| GIBSON DUNN & CRUTCHER, LLP, ) | |
| a California registered Limited Liability ) | |
| Partnership, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR EXTENSION TO FILE APPEAL

**THIS MATTER**, having come before the Court upon the Trustee's Motion For Extension To File Appeal and proper grounds appearing in the premises;

**IT IS HEREBY ORDERED** that the Trustee's Motion is **GRANTED** giving him an extension until January 7, 2010 to file Notice of Appeal in the above adversary proceeding.

Done and signed this 28th day of December, 2009.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE